# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3438
_____

MARSHALL BRUMMITT,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

October 24, 2024

PER CURIAM.

The Court denies on the merits the petition for writ of certiorari.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marshall Brummitt, pro se, Petitioner.

Rana Wallace, General Counsel, and Alex A. Christiano, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.